# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128589 & (135)

LOUAY NAFSO, an individual and XZ,
INC., d/b/a Tom's Shop Rite, a Michigan
corporation,
         Petitioners-Appellants,

v

CITY OF DETROIT and CITY OF DETROIT
ZONING BOARD OF APPEALS,
         Respondents-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128589
COA: 239546
Wayne CC: 01-134108-AZ

On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for leave to file brief amicus curiae is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

p1121